# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'NEAL, | Case No. 1:23-cv-00619-ADA-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 12) |
| Defendant. | |

On August 18, 2023, the Defendant submitted an unopposed motion for an extension of time to file its opposition brief and cross-motion for summary judgment. (ECF No. 12.) The Court finds good cause to grant the extension of time of the deadline from August 21, 2023, to September 20, 2023, based on counsel's recent reassignment to this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 12) is GRANTED;
2. Defendant shall have until **September 20, 2023**, to file the opposition brief and cross-motion for summary judgment; and

///

///

///

///

1

3. All remaining deadlines as set forth in the scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**August 18, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE