1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | No. 1:23-cv-00619-TLN-SAB<br><br><br>**ORDER** |

Plaintiff seeks judicial review of a final decision denying his application for disability benefits pursuant to the Social Security Act.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January April 8, 2024, the magistrate judge filed findings and recommendations, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 18.)  On April 8, 2024, Defendant filed objections to the proposed findings and recommendations.  (ECF. No. 19.)  On April 29, 2024. Plaintiff filed a response.  (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations, filed on April 8, 2024 (ECF No. 18), are ADOPTED IN FULL;

2. The Court GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 10);

3. The Court GRANTS Plaintiff's appeal from the decision of the Commissioner of Social Security;

4. The matter is remanded back to the Commissioner of Social Security for further proceedings consistent with the findings and recommendations; and

5. The Clerk of Court is directed to close this case.

Date: May 2, 2024

Troy L. Nunley
United States District Judge