UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ERRIN O'NEAL,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br>Social Security Administration, | Case No. 1:23-cv-00619-TLN-SAB<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d):

**IT IS ORDERED** that fees in the amount of $7784.00 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion, and $402 awarded on costs.

Dated: June 26, 2024

Troy L. Nunley
United States District Judge

- 1 -

Order On Joint Motion for Attorney's Fees Award